UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KIA JOAN JULIETTE WALKER, ET AL.** | CIVIL ACTION |
| VERSUS | No. 20-2193 <br> C/W: 20-3425; 21-47 <br> REF: 20-3425 |
| **JESSECA F. DUPART, ET AL.** | SECTION I |

## ORDER

Before the Court are three motions to dismiss plaintiff Kirk Bovie's ("Bovie") complaint, which were filed by defendants Jesseca F. Dupart ("Dupart"),[1] Auto Owners Insurance Company ("Auto Owners"),[2] and Kaleidoscope Hair Products, L.L.C. ("Kaleidoscope").[3] Though styled as motions to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), each of the motions (and the opposition memoranda thereto) refer to and offer for consideration certain materials beyond Bovie's complaint.

Pursuant to Federal Rule of Civil Procedure 12(d), the Court hereby provides notice to the parties that it may convert the motions to dismiss into motions for summary judgment. Rule 12(d) mandates that the parties be provided a "reasonable opportunity to present material pertinent to the motion." Accordingly, such material or argument may be filed into the record, as ordered below.

---

[1] R. Doc. No. 73.
[2] R. Doc. No. 78.
[3] R. Doc. No. 82.

Therefore,

**IT IS ORDERED** that the parties may, by no later than **FRIDAY, JUNE 25, 2021 at 4:00 P.M.**, file into the record additional material or argument pertinent to the motions to dismiss**.**

New Orleans, Louisiana, June 17, 2021.

                                        **LANCE M. AFRICK**
                                **UNITED STATES DISTRICT JUDGE**